

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00898-CV

Cynthia **RADDATZ**,
Appellant

v.

Dixie L. **DAVIS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV03555
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against appellant.

SIGNED May 10, 2023.

_____
Beth Watkins, Justice